80,474-03

The Court of Criminal Appeals of Texas

Dear Mr. Abel Acosta, Clerk
    Please present this Motion to the Honorable Judge in the post Conviction Cause number 1284277-B.

Thank You

MOTION DENIED
DATE: 2-12-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

## Cause Number 1284277-B

| | | |
|---|---|---|
| Willie Edward Choice | § | In The |
| Applicant | | |
| | § | |
| v | | COURT OF CRIMINAL APPEALS |
| | § | of Texas |
| 178th District Court | | |
| Harris County, Texas | § | Austin, Texas |

## MOTION TO SUPPLEMENT ANSWER

### Applicant's Response to Trial Court's Finding of Facts and Conclusion of Law.

Comes now Applicant Willie Edward Choice Pro-Se before the Court of Criminal Appeals of Texas and files the Motion to Enhance Response to the following: **Issue**(26) pg. 5) States writ, Procedural default. Applicant response: Default is the result of ineffective assistance of counsel. The Sixth Amendment itself requires that responsibility for the default be imputed to State which may not conduct trial which a person who face incarceration must defend themselves without adequate legal assistance. **Murray v Carrier**, 106 S.Ct. 2645; **Cuyler v Sullivan**, 100 S.Ct. 1708, 1716. Ineffective assistance of counsel is the cause for a procedural default. **Issue**(2) States writ: Investigation. Trial Counsel, Mr. Osborne, absolutely did not do a full investigation. Mr. Osborne did not observe the Indictment's probable cause errors. The child, Davondria Evangelista, and Affiant, Jackie Blanchard, stated in the probable cause on or about sometime last year in 4th grade the offense supposedly ocurred alleging March 17, 2010; which date is a (seven month period) of the same year. The alleged outcry of October 23, 2010 is an inconsistent report and voids the Indictment. Therefore, Applicant was prosecuted on "both Complainant's" using the State's error violated Applicant's right to Due Process of Law. Counsel Mr. Osborne failed to observe this error which is "egregious" error by Trial Counsel. Applicant's Acquittal of both girls in the first trial should have barred a second

trial relitigating the same hearsay allegations. See State's Exhibits D-E and B-C Indictments. Applicant prays that the Honorable Court of Criminal Appeals reverse the conviction in it's entirety.

Respectfully Submitted,

1-26-2015

Willie Edward Choice, Appellant Pro-Se

TDCJ-ID Number 01776962

Neal Unit

9055 Spur 591

Amarillo, TX   79107-9696

EXHIBIT
State's
Writ
D

0112l

2of2  17

THE STATE OF TEXAS
VS.

**WILLIE EDWARD CHOICE**
1006 CAROLYN CT. #D
HUMBLE, TX 77338

01121251

SPN:
DOB: BM 10/16/57
DATE PREPARED: 11/5/2010

D.A. LOG NUMBER:1692092
CJIS TRACKING NO.:
BY: SC  DA NO: 0016771S
AGENCY:HUMBLE PD
O/R NO: 10005703
ARREST DATE: TO BE

FILED
Loren Jackson
District Clerk
NOV 05 2010
Time: 1:15 PM
Harris County, Texas
By ___ Deputy

NCIC CODE: 1115 35

RELATED CASES: SAME DEF. - FELONY

FELONY CHARGE: **Aggravated Sexual Assault of a Child**
CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1284277**
**176**

BAIL: $30,000
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **WILLIE EDWARD CHOICE** hereafter styled the Defendant, heretofore on or about **MARCH 17, 2010,** did then and there unlawfully intentionally and knowingly cause the penetration of the FEMALE SEXUAL ORGAN of DATAVIA EVANGELISTA hereinafter called the Complainant, a person younger than fourteen years of age, by placing HIS FINGER in the FEMALE SEXUAL ORGAN of the Complainant.

PROBABLE CAUSE

AFFIANT, JACKIE BLANCHARD, IS A CREDIBLE AND RELIABLE PERSON WHO IS A CERTIFIED PEACE OFFICER EMPLOYED BY THE HUMBLE POLICE DEPARTMENT, AND HAS REASON TO BELIEVE AND DOES BELIEVE THAT WILLIE EDWARD CHOICE, HEREAFTER THE DEFENDANT, COMMITTED THE FELONY OFFENSE OF AGGRAVATED SEXUAL ASSAULT OF A CHILD AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS ON OR ABOUT MARCH 17, 2010 AND OCTOBER 20, 2010. AFFIANT BASES THAT BELIEF ON THE FOLLOWING:

AFFIANT OBSERVED THE FORENSIC INTERVIEW OF COMPLAINANT DAVONDRIA M. EVANGELISTA (DATE OF BIRTH 01-21-00) WHO IS A 10 YEAR OLD CHILD AND IS RELIABLE AND CREDIBLE WHO STATED THAT ON OR ABOUT "SOME TIME LAST YEAR WHEN SHE WAS IN THE 4TH GRADE" (MARCH 17, 2010) HER STEP FATHER (DEFENDANT) INSERTED HIS INDEX FINGER INTO HER "VAGINA" (FEMALE SEXUAL ORGAN) WHILE THEY WERE AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS. AFFIANT OBSERVED THE COMPLAINANT EXPLAIN THAT THE DEFENDANT CALLED HER INTO HIS ROOM AND INSERTED HIS FINGER INTO HER "VAGINA" TWICE AND IT CAUSED PAIN. AFFIANT OBSERVED THE COMPLAINANT TO SAY THAT THE DEFENDANT ALSO SUCKED ON HER NIPPLES ON AT LEAST ONE OCCASION AND TOUCHED THEM WITH HIS HANDS ON TWO DIFFERENT OCCASIONS. THE COMPLAINANT STATED THAT HER MOTHER WAS AT WORK AND EVERYONE ELSE IN THE HOUSE WAS ASLEEP WHEN THIS OCCURRED. THIS COMPLAINANT STATED THAT SHE DID NOT TELL DUE TO HER BEING AFRAID OF THE DEFENDANT BECAUSE HE WHIPS HER WITH AN EXTENSION CORD.

AFFIANT OBSERVED THE FORENSIC INTERVIEW OF COMPLAINANT DATAVIA M. EVANGELISTA (DATE OF BIRTH 12-22-00) WHO IS A 9 YEAR OLD CHILD AND IS RELIABLE AND CREDIBLE WHO STATED THAT ON OR ABOUT OCTOBER 20, 2010 AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS HER STEP FATHER (DEFENDANT) INSERTED HIS INDEX FINGER INTO HER "VAGINA" (FEMALE SEXUAL ORGAN) AND FURTHER EXPLAINED THAT THE DEFENDANT HAD INSERTED HIS FINGER INTO HER "VAGINA" ON THREE DIFFERENT OCCASIONS. AFFIANT OBSERVED THE COMPLAINANT EXPLAIN THAT THE DEFENDANT WOULD COME INTO HER ROOM, REMOVE HER COVERS, STAND HER UP, PULL DOWN HER PANTS, AND INSERT HIS INDEX FINGER INTO HER "VAGINA". THE COMPLAINANT STATED THAT THIS CAUSED HER PAIN. THE COMPLAINANT STATED THAT SHE WAS AFRAID OF THE DEFENDANT BECAUSE HE WHIPS HER WITH AN EXTENSION CORD.

AFFIANT WAS ADVISED BY THE COMPLAINANTS THAT THEY KNOW HIM BY NAME AND BY SIGHT BECAUSE HE IS THEIR STEP-FATHER.



THE STATE OF TEXAS
VS.
**WILLIE CHOICE**
**1006 CAROLYN CT # D**
**HUMBLE, TX 77338**

SPN: 1121251
DOB: 10/16/1957
DATE PREPARED: 3/9/2011

D.A. LOG NUMBER:1692092
CJIS TRACKING NO.: 9166001560A002
BY: **SQ** DA NO: **1677155** AGENCY:**HUMBLE PD**
O/R NO: 10005703
ARREST DATE: **TO BE**

NCIC CODE: **111535**             RELATED CASES: **SAME DEF. - FELONY**

FELONY CHARGE:  **Aggravated Sexual Assault of a Child**
CAUSE NO: **1284277**
HARRIS COUNTY DISTRICT COURT NO: **176**
FIRST SETTING DATE: **3/22/2011**

BAIL: **$30000**
PRIOR CAUSE NO:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIE EDWARD CHOICE**, hereafter styled the Defendant, heretofore on or about **October 20, 2010**, did then and there unlawfully, intentionally and knowingly cause the penetration of the FEMALE SEXUAL ORGAN of DATAVIA EVANGELISTA hereinafter called the Complainant, a person younger than fourteen years of age, by placing HIS FINGER in the FEMALE SEXUAL ORGAN of the Complainant.

**FILED**
Chris Daniel
District Clerk

MAR 09 2011

Time:_____ Harris County, Texas

By_____ Deputy

Foreman                    **176th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

FOREMAN OF THE GRAND JURY

**INDICTMENT**

EXHIBIT
State's
Writ
E

THE STATE OF TEXAS     **01121251**     D.A. LOG NUMBER:1692092
VS.     CJIS TRACKING NO.:

**WILLIE EDWARD CHOICE**     SPN:     BY: SC  DA NO: 00167715D
1006 CAROLYN CT. #D     DOB: BM 10/16/57     AGENCY:HUMBLE PD
HUMBLE, TX 77338     DATE PREPARED: 11/5/2010     O/R NO: 10005703
    ARREST DATE: **TO BE**

NCIC CODE: 1115 35     RELATED CASES: **SAME DEF. - FELONY**

FELONY CHARGE: **Aggravated Sexual Assault of a Child**
CAUSE NO:     BAIL: $30,000
HARRIS COUNTY DISTRICT COURT NO:     **1284276**     PRIOR CAUSE NO:
FIRST SETTING DATE:     **176**

FILED Loren Jackson District Clerk NOV 05 2010 Time: 1:15 PM Harris County, Texas By NLO Deputy

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **WILLIE EDWARD CHOICE** hereafter styled the Defendant, heretofore on or about **OCTOBER 20, 2010,** did then and there unlawfully intentionally and knowingly cause the penetration of the FEMALE SEXUAL ORGAN of **DAVONDRIA EVANGELISTA** hereinafter called the Complainant, a person younger than fourteen years of age, by placing HIS FINGER in the FEMALE SEXUAL ORGAN of the Complainant.

PROBABLE CAUSE

AFFIANT, JACKIE BLANCHARD, IS A CREDIBLE AND RELIABLE PERSON WHO IS A CERTIFIED PEACE OFFICER EMPLOYED BY THE HUMBLE POLICE DEPARTMENT, AND HAS REASON TO BELIEVE AND DOES BELIEVE THAT WILLIE EDWARD CHOICE, HEREAFTER THE DEFENDANT, COMMITTED THE FELONY OFFENSE OF AGGRAVATED SEXUAL ASSAULT OF A CHILD AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS ON OR ABOUT MARCH 17, 2010 AND OCTOBER 20, 2010. AFFIANT BASES THAT BELIEF ON THE FOLLOWING:

AFFIANT OBSERVED THE FORENSIC INTERVIEW OF COMPLAINANT DAVONDRIA M. EVANGELISTA (DATE OF BIRTH 01-21-00) WHO IS A 10 YEAR OLD CHILD AND IS RELIABLE AND CREDIBLE WHO STATED THAT ON OR ABOUT "SOME TIME LAST YEAR WHEN SHE WAS IN THE 4TH GRADE" (MARCH 17, 2010) HER STEP FATHER (DEFENDANT) INSERTED HIS INDEX FINGER INTO HER "VAGINA" (FEMALE SEXUAL ORGAN) WHILE THEY WERE AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS. AFFIANT OBSERVED THE COMPLAINANT EXPLAIN THAT THE DEFENDANT CALLED HER INTO HIS ROOM AND INSERTED HIS FINGER INTO HER "VAGINA" TWICE AND IT CAUSED PAIN. AFFIANT OBSERVED THE COMPLAINANT TO SAY THAT THE DEFENDANT ALSO SUCKED ON HER NIPPLES ON AT LEAST ONE OCCASION AND TOUCHED THEM WITH HIS HANDS ON TWO DIFFERENT OCCASIONS. THE COMPLAINANT STATED THAT HER MOTHER WAS AT WORK AND EVERYONE ELSE IN THE HOUSE WAS ASLEEP WHEN THIS OCCURRED. THIS COMPLAINANT STATED THAT SHE DID NOT TELL DUE TO HER BEING AFRAID OF THE DEFENDANT BECAUSE HE WHIPS HER WITH AN EXTENSION CORD.

AFFIANT OBSERVED THE FORENSIC INTERVIEW OF COMPLAINANT DATAVIA M. EVANGELISTA (DATE OF BIRTH 12-22-00) WHO IS A 9 YEAR OLD CHILD AND IS RELIABLE AND CREDIBLE WHO STATED THAT ON OR ABOUT OCTOBER 20, 2010 AT 1006 CAROLYN CT #D, HUMBLE, HARRIS COUNTY, TEXAS HER STEP FATHER (DEFENDANT) INSERTED HIS INDEX FINGER INTO HER "VAGINA" (FEMALE SEXUAL ORGAN) AND FURTHER EXPLAINED THAT THE DEFENDANT HAD INSERTED HIS FINGER INTO HER "VAGINA" ON THREE DIFFERENT OCCASIONS. AFFIANT OBSERVED THE COMPLAINANT EXPLAIN THAT THE DEFENDANT WOULD COME INTO HER ROOM, REMOVE HER COVERS, STAND HER UP, PULL DOWN HER PANTS, AND INSERT HIS INDEX FINGER INTO HER "VAGINA". THE COMPLAINANT STATED THAT THIS CAUSED HER PAIN. THE COMPLAINANT STATED THAT SHE WAS AFRAID OF THE DEFENDANT BECAUSE HE WHIPS HER WITH AN EXTENSION CORD.

AFFIANT WAS ADVISED BY THE COMPLAINANTS THAT THEY KNOW HIM BY NAME AND BY SIGHT BECAUSE HE IS THEIR STEP-FATHER.



THE STATE OF TEXAS
VS.
**WILLIE CHOICE**
**1006 CAROLYN CT # D**
**HUMBLE, TX 77338**

SPN: **1121251**
DOB: **10/16/1957**
DATE PREPARED: **3/8/2011**

D.A. LOG NUMBER:**1692092**
CJIS TRACKING NO.: **9166001560A002**
BY: **SQ** DA NO: **1677155** AGENCY:**HUMBLE PD**
O/R NO: **10005703**
ARREST DATE: **TO BE**

NCIC CODE: **111535**

RELATED CASES: **SAME DEF. - FELONY**

FELONY CHARGE: **Aggravated Sexual Assault of a Child**
CAUSE NO: **1284276**
HARRIS COUNTY DISTRICT COURT NO: **176**
FIRST SETTING DATE: **3/8/2011**

BAIL: **$30000**
PRIOR CAUSE NO:

---

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **WILLIE EDWARD CHOICE**, hereafter styled the Defendant, heretofore on or about **March 17, 2010**, did then and there unlawfully, intentionally and knowingly cause the penetration of the FEMALE SEXUAL ORGAN of DAVONDRIA EVANGELISTA hereinafter called the Complainant, a person younger than fourteen years of age, by placing HIS FINGER in the FEMALE SEXUAL ORGAN of the Complainant.

**FILED**
Chris Daniel
District Clerk

MAR 09 2011

Time:_____ 0333

Harris County, Texas

By_____

Deputy

Foreman                                    **176th**

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**